IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANGELA LEE MELENDEZ, § | |
| § | |
| Plaintiff, § | Civil Action No. 1:18-cv-02503-SCJ |
| § | |
| v. § | |
| § | |
| BLUESTEM BRANDS, INC. D/B/A § | |
| FINGERHUT, § | |
| § | |
| Defendant. § | |
| § | |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: June 14, 2018

By: /s/ Dennis Robert Kurz
Dennis Robert Kurz, Esq.
Kurz Law Group, LLC
Building 17, Suite 200
1640 Powers Ferry Rd., SE
Marietta, GA 30067
678-264-8003
Fax: 855-438-5879
Email: dennis@kurzlawgroup.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Dennis Robert Kurz, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Bluestem Brands, Inc. d/b/a Fingerhut
7075 Flying Cloud Drive
Eden Prairie MN 55344


Dated: June 14, 2018                     By: /s/ Dennis Robert Kurz
                                              Dennis Robert Kurz, Esq.
                                              Kurz Law Group, LLC
                                              Building 17, Suite 200
                                              1640 Powers Ferry Rd., SE
                                              Marietta, GA 30067
                                              678-264-8003
                                              Fax: 855-438-5879
                                              Email: dennis@kurzlawgroup.com